1  LOCKE LORD BISSELL & LIDDELL LLP
   Conrad V. Sison (SBN: 217197)
2  csison@lockelord.com
3  Nina Huerta (SBN: 229070)
   nhuerta@lockelord.com
4  300 South Grand Avenue, Suite 2600
5  Los Angeles, California 90071
   Telephone: 213-485-1500
6  Facsimile: 213-485-1200
7
8  Attorneys for Defendants
   DEUTSCHE BANK NATIONAL TRUST COMPANY
9  as Trustee for AMERICAN HOME MORTGAGE ASSETS
   TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH
10 CERTIFICATE SERIES 2007-2, its assignees and/or successors,
11 and AMERICAN HOME MORTGAGE SERVICING INC.

FILED
MAR 31 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE NO. 2:09-bk-22869-BR |
| KEITH HARTMAN, | Adv. No. 2:10-ap-01236-BR |
| Debtor, | Hon. Barry Russell |
| KEITH HARTMAN, Debtor, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| Plaintiff, | |
| vs. | Debtor's Complaint Filed: February 23, 2010 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, ITS ASSIGNEES AND/OR SUCCESSORS | |

1

| | |
|---|---|
| AND THE SERVICING AGENT AMERICAN HOME MORTGAGE SERVICING INC.; JOHN DOE; AND BLACK AND WHITE CORPORATION, I-VI, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**PLEASE TAKE NOTICE** that on April 27, 2010, at 2:00 p.m., or as soon thereafter as the matter may be called in the above-entitled Court, Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, its assignees and/or successors ("Deutsche Bank"), and AMERICAN HOME MORTGAGE SERVICING INC. ("AHMSI") (collectively, "Defendants") will request and hereby do request that the Court take judicial notice of the following public record, pursuant to Fed. R. Evid. 201:

1.  A true and correct copy, attached hereto as <u>Exhibit 1</u>, of this Court's Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. §362, filed and entered on December 31, 2009.

| | |
|---|---|
| Dated: March 31, 2010 | LOCKE LORD BISSELL & LIDDELL LLP |
| | By: *[signature]* |
| | Conrad V. Sison |
| | Nina Huerta |
| | Attorneys for Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, its assignees and/or successors and the servicing agent AMERICAN HOME MORTGAGE SERVICING INC. |

LA:0102039/00000:644343v1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

3

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
*Hartman v. Deutsche Bank Nation Trust Company, et al.*, Adv. No. 2:10-ap-01236-BR

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JaVonne M. Phillips, Esq., SBN 187474<br>Merdaud Jafarnia, Esq., SBN 217262<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br>Phone (619) 685-4800 Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc. | **FILED & ENTERED**<br><br>DEC 31 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Keith Hartman,<br><br>                                                                                Debtor. | CHAPTER: 7<br>CASE NO.: 2:09-bk-22869-BR<br>DATE: 12/15/09<br>TIME: 10:00 AM<br>CTRM: 1668<br>FLOOR: 16 |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
**(MOVANT: Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-2 Mortgage-Backed Pass-Through Certificates Series 200 7-2, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc.)**

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   Street Address: 16225 Ansmith Avenue
   Apartment/Suite No.:
   City, State, Zip Code: Paramount, CA 90723

   Legal description or document recording number (including county of recording): 06-2847515, Los Angeles County, California

   ☒ See attached page

3. The Motion is granted under:       ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
                                       ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                       F 4001-10.RP

Exhibit   1 , Pg. 4

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5

| In re: Keith Hartman, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 2:09-bk-22869-BR |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-1O.ER).
d. ☒ See attached continuation page for additional provisions.

DATED: December 31, 2009

*[signature]*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

Exhibit  1 , Pg. 5

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| In re: Keith Hartman, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 2:09-bk-22869-BR |

Legal Description

Real property in this report is described as follows:

THE WEST 66 FEET OF THAT PORTION OF LOT 1 IN BLOCK 23 OF THE CALIFORNIA COOPERATIVE COLONY TRACT, IN THE CITY OF PARAMOUNT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21 PAGE(S) 15 AND 16 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF TRACT NO. 10638, AS PER MAP RECORDED IN BOOK 164 PAGES 43 TO 45 INCLUSIVE OF MAPS, AND THE CENTER LINE OF THE ATLANTIC AVENUE, AS ESTABLISHED BY THE COUNTY SURVEYOR AND SHOWN ON COUNTY SURVEYOR'S MAP NO B-769, SHEET 2; THENCE NORTH 38 DEGREES 06 MINUTES 35 SECONDS EAST ALONG THE CENTER LINE OF PROPOSED ORANGE AVENUE, AS SHOWN ON COUNTY SURVEYOR'S MAP NO B-686 SHEET 3, AMENDED JANUARY 1937, 590. 11 FEET, SOUTH 51 DEGREES 53 MINUTES 25 SECONDS EAST 306 58 FEET, THENCE NORTH 38 DEGREES 06 MINUTES 35 SECONDS EAST 49.82 FEET; THENCE NORTH 89 DEGREES 36 MINUTES 47 SECONDS EAST 474 25 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 89 DEGREES 36 MINUTES 47 SECONDS EAST 96.00 FEET TO THE EASTERLY LINE OF AFORESAID LOT 1 IN BLOCK 23 OF CALIFORNIA CO-OPERATIVE COLONY TRACT; THENCE NORTH 0 DEGREES 19 MINUTES 58 SECONDS WEST ALONG THE EASTERLY LINE 310 00 FEET; THENCE SOUTH 89 DEGREES 40 MINUTES 02 SECONDS WEST 96 00 FEET TO A LINE HAVING A BEARING OF SOUTH 0 DEGREES 19 MINUTES 58 SECONDS EAST, WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING, THENCE SOUTH 0 DEGREES 19 MINUTES 58 SECONDS EAST 310 09 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THE NORTH 220 FEET THEREOF

City of Paramount, County of Los Angeles, State of California

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

Exhibit _1_, Pg. _6_

Case 2:09-bk-22869-BR    Doc 31    Filed 12/31/09    Entered 12/31/09 08:57:53    Desc
Main Document    Page 4 of 5

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| In re: Keith Hartman, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 2:09-bk-22869-BR |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                    F 4001-10.RP.

Exhibit _1_, Pg. _7_

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| In re: Keith Hartman, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 2:09-bk-22869-BR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 12/31/2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

US TRUSTEE
ustpregion16.la.ecf@usdoj.gov

TRUSTEE
teetjy@rdwlawcorp.com

McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR** - Keith Hartman   16225 Ansmith Avenue Paramount, CA 90723

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP.

Exhibit _1_, Pg. _8_

| In re:<br>Hartman, Keith<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 2:10-ap-01236-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 300 South Grand Avenue, Suite 2600, Los Angeles, California 90071:

A true and correct copy of the foregoing document described <u>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>March 31, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Nasser Abujbarah, Esq., The Law Offices of Nasser U. Abujbarah, 7025 E. McDowell Road, Suite 9, Scottsdale, Arizona 85257 – VIA U.S. MAIL

United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, California 90017 – VIA U.S. MAIL

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>March 31, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Barry Russell, United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1660
Los Angeles, California 90012 – VIA PERSONAL DELIVERY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 31, 2010 | Antoinette Y. Taylor | *Antoinette Y. Taylor* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

January 2009