1  LOCKE LORD BISSELL & LIDDELL LLP
2  Conrad V. Sison (SBN: 217197)
   csison@lockelord.com
3  Nina Huerta (SBN: 229070)
4  nhuerta@lockelord.com
   300 South Grand Avenue, Suite 2600
5  Los Angeles, California 90071
6  Telephone:  213-485-1500
   Facsimile:  213-485-1200
7
8  Attorneys for Defendants
   DEUTSCHE BANK NATIONAL TRUST COMPANY
9  as Trustee for AMERICAN HOME MORTGAGE ASSETS
10 TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH
   CERTIFICATE SERIES 2007-2, its assignees and/or successors,
11 and AMERICAN HOME MORTGAGE SERVICING INC.



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE NO. 2:09-bk-22869-BR |
| KEITH HARTMAN, | Adv. No. 2:10-ap-01236-BR |
| Debtor, | Hon. Barry Russell |
| KEITH HARTMAN, Debtor, | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS DEBTOR'S COMPLAINT** |
| Plaintiff, | |
| vs. | Hearing: |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT | Date: April 27, 2010<br>Time: 2:00 9.m.<br>Place: Courtroom 1668<br><br>Debtor's Complaint Filed: February 23, 2010 |

(Side text: Locke Lord Bissell & Liddell LLP, 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071)

1

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS DEBTOR'S COMPLAINT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | AMERICAN HOME MORTGAGE )<br>SERVICING INC.; JOHN DOE; AND )<br>BLACK AND WHITE )<br>CORPORATION, I-VI, )<br>                       Defendants. )<br>                                 )<br>                                 ) |

On March 31, 2010, Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, its assignees and/or successors (hereinafter "Deutsche Bank") and AMERICAN HOME MORTGAGE SERVICING INC. (hereinafter "AHMSI") (collectively, "Defendants") filed a Motion to Dismiss the Complaint filed by Debtor-Plaintiff Keith Hartman ("Plaintiff"). Defendants hereby submit this Reply in support of their Motion.

The hearing on Defendants' Motion is currently scheduled for Tuesday, April 27, 2010 at 2:00 p.m. Pursuant to Local Bankruptcy Rule 9013-1, subd. (f), Plaintiff's opposition to Defendants' Motion was due on or before April 13, 2010. As of the date of this Reply, Plaintiff has failed to file an opposition to Defendants' Motion. Any opposition filed now would prejudice Defendants as Defendants would not have adequate time to respond.

Central District of California Local Bankruptcy Rule 9013-1, subd. (h) provides:

> ***Failure to File Required Papers***
>
> Papers not timely filed and served may be deemed by the court to be consent to the granting or denial of the motion, as the case may be.

Plaintiff's failure to oppose Defendants' Motion should be deemed to evidence Plaintiff's consent to the dismissal of the Complaint with prejudice, as Defendants have requested. *See Cortez v. Hubbard*, No. 07-4556, 2008 WL 2156733, at *1 (C.D.

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

Cal. May 18, 2008); *Ferrin v. Bias*, No. 02-535, 2003 WL 25588274, at *1 (C.D. Cal. Jan. 2, 2003). Indeed, the failure to file a written opposition has the same effect as filing a notice of non-opposition. *Mano v. Mano*, 2005 WL 307659 (Guam Terr. 2005); *Watts v. Kernan*, 2007 WL 3010638 (E.D. Cal. 2007). Furthermore, the Ninth Circuit has held that pursuant to a local rule, a court may properly grant a motion to dismiss for failure to respond. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal for failure to file timely opposition papers where plaintiff had notice of the motion and ample time to respond).

Accordingly, this Court should grant Defendants' Motion with prejudice as Defendants have requested. A Proposed Order granting this relief was submitted concurrently with Defendants' initial moving papers.

Dated: April 20, 2010                LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Conrad V. Sison
Conrad V. Sison
Nina Huerta
Attorneys for Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, its assignees and/or successors and the servicing agent AMERICAN HOME MORTGAGE SERVICING INC.

LA:0102039/00386:645543v1

| In re: | | CHAPTER: 7 |
|---|---|---|
| Hartman, Keith | Debtor(s). | CASE NUMBER: 2:10-ap-01236-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 300 South Grand Avenue, Suite 2600, Los Angeles, California 90071:

A true and correct copy of the foregoing document described <u>DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS DEBTOR'S COMPLAINT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>April 20, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Nasser U. Abujbarah, Esq., The Law Offices of Nasser U. Abujbarah, 7025 E. McDowell Road, Suite 9, Scottsdale, Arizona 85257 – VIA U.S. MAIL

United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, California 90017 – VIA U.S. MAIL

Nancy K. Curry, 606 South Olive Street, Suite 950, Los Angeles, California 90014 – VIA U.S. MAIL

Timothy Yoo, Levene Neale Bender Rankin & Brill LLP, 800 South Figueroa Street, Suite 1260, Los Angeles, California 90017 – VIA U.S. MAIL

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>April 20, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Barry Russell, United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse –
255 East Temple Street, Suite 1660
Los Angeles, California 90012 – VIA PERSONAL DELIVERY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2010 | Antoinette Y. Taylor | *Antoinette Y. Taylor* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                       **F 9013-3.1**