LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST COMPANY
as Trustee for AMERICAN HOME MORTGAGE ASSETS
TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH
CERTIFICATE SERIES 2007-2, its assignees and/or successors
and the servicing agent AMERICAN HOME MORTGAGE
SERVICING INC.

LODGED MAR 31 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

FILED APR 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

ENTERED APR 29 2010

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>KEITH HARTMAN,<br><br>  Debtor,<br><br>KEITH HARTMAN, Debtor,<br><br>  Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2, ITS ASSIGNEES AND/OR SUCCESSORS | CASE NO. 2:09-bk-22869-BR<br><br>Adv. No. 2:10-ap-01236-BR<br><br>Hon. Barry Russell<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>Date: April 27, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 1660<br><br>Debtor's Complaint Filed: February 23, 2010 |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  AND THE SERVICING AGENT )
2  AMERICAN HOME MORTGAGE )
   SERVICING INC.; JOHN DOE; AND )
3  BLACK AND WHITE )
   CORPORATION, I-VI, )
4  )
5  Defendants. )
6  )
7  _____ )

8  The Court, having considered the Motion to Dismiss Debtor-Plaintiff Keith
9  Hartman's Debtor Complaint ("Complaint") pursuant to Federal Rules of Civil
10 Procedure 12(b)(6) filed by Defendants DEUTSCHE BANK NATIONAL TRUST
11 COMPANY as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST
12 2007-2 MORTGAGE BACKED PASS-THROUGH CERTIFICATE SERIES 2007-2,
13 its assignees and/or successors (hereinafter "Deutsche Bank") and AMERICAN
14 HOME MORTGAGE SERVICING INC. (hereinafter "AHMSI"), as well as the
15 arguments of the parties and the papers submitted, hereby GRANTS the Motion to
16 Dismiss on the grounds that the Complaint fails to state a claim. Moreover, because
17 amendment would be futile, Plaintiff's Complaint is hereby dismissed in its entirely,
18 WITH PREJUDICE.

19 **IT IS SO ORDERED.**

20
21
22 Dated: 4/27/10
                                          _____
23                                        Hon. Barry Russell
                                          United States Bankruptcy Court Judge
24
25
26
27
28

LA:0102039/00000:643899v1 [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

| In re:<br>Hartman, Keith | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-ap-01236-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 300 South Grand Avenue, Suite 2600, Los Angeles, California 90071:

A true and correct copy of the foregoing document described [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 31, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nasser Abujbarah, Esq., The Law Offices of Nasser U. Abujbarah, 7025 E. McDowell Road, Suite 9, Scottsdale, Arizona 85257 – VIA U.S. MAIL

United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, California 90017 – VIA U.S. MAIL

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 31, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
The Honorable Barry Russell, United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Suite 1660
Los Angeles, California 90012 – VIA PERSONAL DELIVERY

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 31, 2010 | Antoinette Y. Taylor | *Antoinette Y. Taylor* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                              **F 9013-3.1**